**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, | ) | |
| ARCHITECTURAL METAL | ) | |
| AND GLASS WORKERS LOCAL | ) | |
| UNION NO. 27 WELFARE AND | ) | |
| PENSION FUNDS, | ) | No. 17 CV 7606 |
| | ) | |
| Plaintiffs, | ) | Judge |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | |
| JANECYK CONSTRUCTION | ) | |
| COMPANY, INC., an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, ANDREW S. PIGOTT, and ARNOLD & KADJAN, LLP complain against Defendant, **JANECYK  CONSTRUCTION COMPANY, INC.,** as follows:

1.     (a)     Jurisdiction of this cause is based on Section 301 of the National Labor Relations Act, 29 U.S.C. Section 185 (a) as amended.

(b)     Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Security Act of 1974, 29 U.S.C. Section 1132, 1145 ("ERISA"), as amended.

2.     Venue is founded pursuant to 29 U.S.C. Section 1132 (e)(2) in this District where the Funds, as described in Paragraph 3, are administered.

3.     (a)     The Plaintiffs in this count are the TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 FRINGE BENEFIT FUNDS ("the Funds"), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

(b)    The Funds have been established pursuant to Collective Bargaining Agreement previously entered into between the Glaziers Union Fringe Benefit Funds and its affiliated locals (the "Union") and certain employer associations whose employees are covered by the Collective Bargaining Agreement with the Union.

(c)    The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Funds.

4.    Defendant, **JANECYK CONSTRUCTION COMPANY, INC. ("JANECYK")** is an Illinois corporation, and an employer engaged in an industry affecting commerce.

5.    Since on or before January 1, 2014**, JANECYK** entered into successive Collective Bargaining Agreements with the Union pursuant to which it is required to pay specified wages and to make periodic contributions to the Funds on behalf of certain of its employees.

6.    By virtue of certain provisions contained in the Collective Bargaining Agreements, **JANECYK** was bound by the Trust Agreement establishing the Funds.

7.    Under the terms of the Collective Bargaining Agreements and Trust Agreements to which it is bound, **JANECYK** was required to make contributions to the Funds on behalf of their employees.

8.    Under the terms of the Collective Bargaining Agreements and Trust Agreements to which it is bound, **JANECYK** was required, upon reasonable notice by the Funds, to submit its books and records to Plaintiffs' auditor for the purpose of ensuring its compliance with its contribution obligations.

9.      Plaintiffs' auditor has made multiple attempts to contact **JANECYK** to schedule an ERISA fringe benefit contributions audit, but **JANECYK** has failed to respond.

**WHEREFORE,** Plaintiffs pray for relief as follows:

A.      This Court enter an order mandating **JANECYK** to submit to an ERISA fringe benefit contributions audit for the period from January 1, 2014 to the present.

B.      Judgment be entered in favor of Plaintiffs and against **JANECYK** for any amounts determined to be due by the audit.

C.      Plaintiffs be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, as provided in the applicable agreements and ERISA Section 502(g)(2).

D.      This Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,
**TRUSTEES OF THE GLAZIERS,
ARCHIECTURAL METAL AND
GLASS WORKERS LOCAL UNION
NO. 27 WELFARE AND
PENSION FUNDS**

By:    s/Andrew S. Pigott
       One of their Attorneys

Donald D. Schwartz
Andrew S. Pigott
**ARNOLD AND KADJAN, LLP**
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

3